PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Annon S'Thunzi Davis**

**Docket Nos. 0:02CR00307-001(JMR) and 0:00CR00028-005(JMR)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Annon S'Thunzi Davis.** On December 13, 2000, Mr. Davis was sentenced in the District of Minnesota (case number 0:00CR00028-005) to 1 year supervised release with the following conditions:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug treatment program
- Mandatory drug testing
- No firearms, dangerous weapons

On January 23, 2003, the defendant was sentenced in the District of Minnesota (case number 0:02CR00307-001) to 2 years supervised release with the same conditions as listed above.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Davis indicated a desire to relocate to Citrus Heights, California. The request for relocation was accepted by the U.S. Probation Office in the Eastern District of California. The supervising officer in California has requested that the defendant's conditions be modified to include a search and seizure condition and a treatment co-payment condition. Additionally, the supervising officer in California requested that drug testing and substance abuse treatment conditions be specifically listed as conditions on docket number 0:02CR00307-001(JMR) as the defendant received a longer term of supervised release on this sentence.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

Docket Nos. 0:02CR00307-001(JMR) and 0:00CR00028-005(JMR)

As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

SCANNED
JAN 19 2005
U.S. DISTRICT COURT MPLS

The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Docket No. 0:02CR00307-001(JMR)

The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

The defendant shall be required to undergo mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).

ORDER OF THE COURT

Considered and ordered this 18 day of January, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

Respectfully,

Darren F. Kerns
U.S. Probation Officer

Place Minneapolis
Date January 14, 2005