Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Annon S'Thunzi Davis

Docket Nos. 0:02CR00307-001(JMR) and 0:00CR00028-005(JMR)

**HEARING WAIVER**

I, Annon S'Thunzi Davis, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

Docket Nos. 0:02CR00307-001(JMR) and 0:00CR00028-005(JMR)

As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Docket No. 0:02CR00307-001(JMR)

The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

The defendant shall be required to undergo mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).

Signed: [signature]

Annon S'Thunzi Davis
Supervised Releasee

Witness: [signature]

Dated: 1/12/05

SCANNED
FEB - 3 2005
U.S. DISTRICT COURT MPLS