Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Annon S'Thunzi Davis

Docket Nos. 0:02CR00307-001(JMR) and 0:00CR00028-005(JMR)

## HEARING WAIVER

I, Annon S'Thunzi Davis, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall perform 20 hours of community service, as approved by the probation officer.

Signed:

Annon S'Thunzi Davis
Supervised Releasee

Dated: 3-17-05

Witness:

Darren Kerns
U.S. Probation Officer

SCANNED
MAR 23 2005
U.S. DISTRICT COURT MPLS