PROB12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Annon S'Thunzi Davis**

**Docket Nos. 0:02CR00307-001(JMR) and 0:00CR00028-005(JMR)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Annon S'Thunzi Davis.** On December 13, 2000, Mr. Davis was sentenced for Use of a Communication Facility to Facilitate a Drug Trafficking Offense by the Honorable James M. Rosenbaum, Chief U.S. District Judge, (docket number 0:00CR00028-005), sitting in the court at Minneapolis, Minnesota, who fixed the period of supervision at 1 year of supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as listed below. On January 23, 2003, the defendant was sentenced in the District of Minnesota for Escape by the Honorable James M. Rosenbaum, Chief U.S. District Judge, (docket number 0:02CR00307-001), to 2 years supervised release with the same conditions.

Participate in a drug treatment program with copayment
Mandatory drug testing
No firearms, dangerous weapons
Search and Seizure (Modified January 18, 2005)
Community Work Service (Modified March 22, 2005)
Electronic Home Monitoring (Modified April 27, 2005)
60 Days community confinement (Modified June 27, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol.

On June 11, 2005, the defendant was arrested by the Minnesota State Highway Patrol and charged with Driving Under the Influence of Alcohol. His blood alcohol content was 0.14. He admitted and was subsequently convicted of Driving Under the Influence of Alcohol in Hennepin County District Court on June 30, 2005.

SPECIAL CONDITION: The defendant shall submit to periodic drug testing and participate in substance abuse treatment and aftercare as directed by the probation office.

On February 18, 2005; March 4, 2005; and April 13, 2005, the defendant failed to show for drug tests at the Recovery Resource Center in Minneapolis.

SCANNED
OCT 13 2005
U.S. DISTRICT COURT MPLS

MODIFIED CONDITION (June 27, 2005): The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

On September 26, 2005, the defendant was terminated from the Volunteers of America Residential Center (VOA) for using alcohol on September 24, 2005. The defendant admitted to staff at the VOA that he consumed alcohol.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 11th day of October, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Darren F. Kerns
U.S. Probation Officer

Executed on October 7, 2005
Place Minneapolis