AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 02-307(1) JMR
and
00-28(5) JMR

RECEIVED
US MARSHALS SERVICE
MPLS MN
2005 OCT 13 P 4:36

Annon S'Thunzi Davis

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Susan R. Nelson**

On: **10/26/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: October 12, 2005

RECEIVED
05 OCT 21 PM 1:54
CLERK, U.S. DIST. COURT
MINNEAPOLIS, M

SCANNED
OCT 21 2005
U.S. DISTRICT COURT MPLS

criminal\summons.frm

DC Modified 12/03/04

# RETURN OF SERVICE

Service was made by me:[1] Payton 3237 Date: 10/18/05

Check one of the boxes below to indicate appropriate method of service

☑ Service personally upon the defendant at: U.S. Courthouse, 4th Floor

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 10/18/05
Date

Al Garber
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure