**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Annon S'Thunzi Davis,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

Case No: 00-28 & 02-307
Date: November 7, 2005
Court Reporter: Colleen Sichko
Time Commenced: 2:03 p.m.
Time Concluded: 2:20 p.m.
Time in Court: 17 Minutes

## APPEARANCES:

Plaintiff: John Docherty for Jeff Paulsen, Assistant U.S. Attorney
Defendant: Scott Tilsen for Lyonel Norris : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant released on same terms and conditions of supervised release.
: Written order to be issued.

s/Heather Labat
Calendar Clerk