**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
**Annon S'Thunzi Davis,** )
)
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: Franklin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 02-CR-307-01 & 00-CR-28-05 JMR |
| Date: | March 21, 2006 |
| Court Reporter: | Kristine Mousseau |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 9:50 a.m. |
| Time in Court: | 20 Minutes |

☐ **PRELIMINARY HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG**
Time in Court Prelim/Det: 5/15

☐ **DETENTION HRG ONLY**
☐ **REMOVAL HRG**

APPEARANCES:

Plaintiff: Joseph T. Dixon, III, Assistant U.S. Attorney
Defendant: Lyonel Norris
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter / Language: n/a /

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☒ **Defendant waived preliminary revocation hearing.**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or
bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ Deft bound over to District Court of Minnesota for final revocation hearing
☐ Deft removed to charging district and is ordered to appear before on.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: Final revocation hearing scheduled before Chief Judge Rosenbaum for March 29, 2006 at 11:00 a.m.

s/Cathy Orlando
Signature of Judicial Assistant